# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CRIMINAL ACTION 09-00279-KD-B |
| ) | |
| MARY FRANCES PRYOR, ) | |
|     Defendant. ) | |

## ORDER

This matter is before the Court on the Defendant's Motion for Miscellaneous Relief (Doc. 32). The United States Attorney General, acting through the Bureau of Prisons (BOP), has responsibility for administering or implementing imposed federal sentences, including determining the appropriate release date. See, e.g., Brooks v. Keller, 2010 WL 3718829, *2 (M.D. Ala. Aug. 20, 2010) (citing United States v. Wilson, 503 U.S. 329, 333-335 (1992)). The Court will not intervene in that determination. To the extent the Defendant is requesting a reduction in sentence, the motion is **DENIED.**

**DONE** and **ORDERED** this the **13th** day of **December 2010.**

      /s/ Kristi K. DuBose
      **KRISTI K. DuBOSE**
      **UNITED STATES DISTRICT JUDGE**